TYCKO & ZAVAREEI LLP
Annick Persinger (SBN 272996)
apersinger@tzlegal.com
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
Telephone:    510.254.6808
Facsimile:    202.973.0950

Attorneys for Plaintiffs
TERESA HALE and VANESSA NG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERESA HALE, VANESSA NG, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NATERA, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 3:19-cv-01402-MMC<br><br>**STIPULATION OF DISMISSAL**<br><br>(*[Proposed] Order of Dismissal filed concurrently herewith*) |

156138.00601/124007110v.1

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Teresa Hale and Vanessa Ng ("Plaintiffs") and Defendant Natera, Inc. ("Defendant") hereby stipulate that this action is dismissed with prejudice as to Plaintiffs' claims against Defendant and without prejudice as to putative class member claims. Each Party is to bear its own costs, expenses and attorneys' fees.

DATED: October 30, 2020      TYCKO & ZAVAREEI LLP

By: /s/ Annick Persinger
Annick Persinger
Attorneys for Plaintiffs
THERESA HALE and VANESSA NG

DATED: October 30, 2020      BLANK ROME LLP

By: /s/ Harrison Brown
Ana Tagvoryan
Harrison Brown
Attorneys for Defendant
NATERA, INC.

### SIGNATURE ATTESTATION

I attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

By: /s/ Annick Persinger
Annick Persinger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERESA HALE, VANESSA NG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATERA, INC.,<br><br>Defendant. | Case No. 3:19-cv-01402-MMC<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

156138.00601/124007110v.1

The Court, having considered the Stipulation of Plaintiffs Teresa Hale and Vanessa Ng ("Plaintiffs") and Defendant Natera, Inc. ("Defendant"), and good cause appearing, hereby orders that this action is dismissed with prejudice as to Plaintiffs' claims against Defendant and without prejudice as to putative class member claims. Each Party is to bear its own costs, expenses and attorneys' fees.

SO ORDERED.

DATED: _____

By: _____
Honorable Maxine M. Chesney
United States District Judge