1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                    **NORTHERN DISTRICT OF CALIFORNIA**
9                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| TERESA HALE, VANESSA NG, on behalf of themselves and all others similarly situated, | Case No. 3:19-cv-01402-MMC |
| Plaintiffs, | **[PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| NATERA, INC., | |
| Defendant. | |

156138.00601/124007110v.1

**[PROPOSED] ORDER OF DISMISSAL**

The Court, having considered the Stipulation of Plaintiffs Teresa Hale and Vanessa Ng ("Plaintiffs") and Defendant Natera, Inc. ("Defendant"), and good cause appearing, hereby orders that this action is dismissed with prejudice as to Plaintiffs' claims against Defendant and without prejudice as to putative class member claims. Each Party is to bear its own costs, expenses and attorneys' fees.

SO ORDERED.

DATED: November 2, 2020

By: _____
Honorable Maxine M. Chesney
United States District Judge